THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS DELEMARRE, Appellant.

*People* v. *Delemarre,* 123 App. Div. 924, affirmed.
(Argued December 11, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Febru-

ary 3, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover penalties under section 39 of the Forest, Fish and Game Law.

*George Malraison* for appellant.

*Robert C. Beatty, Frederic A. Burlingame* and *Selah B. Strong* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.